UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,, | Case No.: 21-CR-2238-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| ANDRES IGNACIO CARANZA-ZONY, | |
| Defendant. | |

For good cause appearing and in conformance with the parties' agreement, the Court hereby continues the Motion and Trial Setting hearing date from September 24, 2021, at 1:30 p.m., to October 22, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge